2365047

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMPACT APPLICATIONS, INC., | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 12-1501 |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| X2IMPACT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ImPACT Applications, Inc. ("IMPACT"), by and through its undersigned

counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and a settlement agreement between the

parties with an effective date of November 26, 2012, hereby voluntarily dismisses this action

with prejudice.  This notice of dismissal with prejudice is timely in that Defendant has not filed

and/or served either an answer or a motion for summary judgment.

Dated this 12th day of December, 2012.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP

By: */s/ Eric G. Soller*
  Eric G. Soller
  Pa. I.D. No. 65560
  Jonathan C. Parks
  Pa. I.D. No. 78393
  Alicia M. Passerin
  Pa. I.D. No. 93558
  One Oxford Centre

2365047

The Thirty-Eighth Floor
Pittsburgh, PA  15219
(412) 263-2000
*Counsel for Plaintiff*
*ImPACT Applications, Inc.*

2365047

## CERTIFICATE OF SERVICE

I certify that on the 13th day of December, 2012, I served the foregoing via U.S. First

Class Mail and electronically on the following:

Michael Jay Brown, Esq.
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA   98101-3034
*Counsel for Defendant*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: **/s/ Eric G. Soller**
        Eric G. Soller, Esquire